## 34372. AETNA CASUALTY & SURETY COMPANY et al. v. PERKINS.

PER CURIAM.

After further consideration we find that the certiorari was improvidently granted.

*Case dismissed. All the Justices concur.*

ARGUED FEBRUARY 19, 1979 — DECIDED MAY 31, 1979.

*Martin, Snow, Grant & Napier, R. Napier Murphy, John T. McGoldrick, Jr.,* for appellants.
*Thomas M. Jackson,* for appellee.